IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation, | 2:07-cv-410-GEB-DAD |
| Plaintiff, | |
| v. | ORDER |
| CHRISTIAN SHULTZ and NATASHA SHULTZ, | |
| Defendants. | |

This action is referenced to the assigned magistrate judge under Local Rule 72-302(c)(21). Therefore, the Order Setting Status (Pretrial Scheduling) Conference issued March 2, 2007, is vacated.

Dated: April 2, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1