IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION, a Nevada corporation, | ) ) ) | 2:07-cv-410-GEB-DAD-PS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| CHRISTIAN SHULTZ and NATASHA SHULTZ, | ) ) ) | |
| Defendants. | ) ) | |

On April 18, 2007, Plaintiff and Anthony Shultz, Defendants' father, filed a stipulation and order for dismissal of this action with prejudice in which they state this action has "been resolved by agreement." The stipulation and order further "requests the Court appoint Anthony Shultz as the guardian ad litem for Christian Shultz [and] Natasha Shultz for the limited purpose of this stipulation and dismissal." Since it has not been shown that Anthony Shultz is an attorney authorized to practice in this court and he appears to be purporting to represent Defendants in pro per status, the stipulation and order is stricken.

1

Review of the record reveals this action does not come within the automatic reference provision of Local Rule 72-302(c)(21).[1] Therefore, the portion of the order filed April 3, 2007 indicating that this action is referenced to the magistrate judge is withdrawn. That order would not have issued had the undersigned judge known that because of the status of Defendants it is unlikely that they can defend this action without an attorney. E.D. Cal. L.R. 17-202(a); Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997). This was not brought to the judge's attention until he read the April 18 filing, which has been stricken.

Therefore, the status (pretrial scheduling) conference scheduled to commence at 11:00 a.m. on May 25, 2007 will be held in Courtroom 10 before the undersigned judge. Plaintiff shall file a status report at least fourteen days prior to the status conference, in which these matters are to be discussed.

IT IS SO ORDERED.

Dated: April 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Magistrate Judge is responsible for resolving discovery disputes. See E.D. Cal. L.R. 72-302(c)(1).