IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
HELLS ANGELS MOTORCYCLE CORPORATION, )
a Nevada corporation,                )    2:07-cv-410-GEB-DAD
                                     )
              Plaintiff,             )
                                     )
     v.                              )    ORDER
                                     )
CHRISTIAN SHULTZ and NATASHA SHULTZ, )
                                     )
              Defendants.            )
                                     )
```

    Based on Plaintiff's representations in the status report filed May 10, 2007, and Plaintiff's request that the complaint be dismissed with prejudice, this action is dismissed with prejudice.

    IT IS SO ORDERED.

Dated:   May 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1